# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN MARIE GUYER,<br>    **Plaintiff**<br><br>v.<br><br>ANDREW M. SAUL,<br>**Commissioner of Social Security**[1]**,**<br>    **Defendant** | :   3:18cv1931<br>:<br>:<br>:   **(Judge Munley)**<br>:   **(Magistrate Judge Mehalchick)**<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, to wit, this 30th day of January 2020, we have before us for disposition Magistrate Judge Karoline Mehalchick's report and recommendation, which proposes denying the plaintiff's social security appeal. No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, we must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely

---

[1] At the time the case was filed, the Acting Commissioner of Social Security was Nancy A. Berryhill, and thus, plaintiff named her as the defendant. Andrew M. Saul became the Commissioner of Social Security on June 17, 2019. See OFFICIAL SOCIAL SECURITY WEBSITE https://www.ssa.gov/agency/commissioner.html (last accessed Jan. 29, 2020). Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, as the new Commissioner of Social Security, Andrew M. Saul is automatically substituted for the original defendant. FED. R. CIV. P. 25(d).

objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, we find neither a clear error on the face of the record nor a manifest injustice, and therefore, we shall adopt the report and recommendation. It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 14) is **ADOPTED**;

2) The Commissioner's final decision is **AFFIRMED**;

3) The Clerk of Court is directed to enter judgment in favor of Commissioner and against the plaintiff; and

4) The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ JUDGE JAMES M. MUNLEY
United States District Court